AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00071 |
| Heather Kepley, and | ) | Assigned to: Judge Meriweather, Robin M. |
| Anthony Nolf | ) | Assign Date: 4/3/2023 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| Defendants | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __Anthony Nolf__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date: 04/03/2023

2023.04.03 13:38:38 -04'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 4/3/2023, and the person was arrested on *(date)* 4/5/2023
at *(city and state)* Birdsboro, PA.

Date: 4/5/2023

*Arresting officer's signature*

Andrew H. Stengel, Special Agent
*Printed name and title*