AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

United States of America
v.

Heather Kepley, and
Anthony Nolf

*Defendants*

)
)
)
)
)
)

Case: 1:23-mj-00071
Assigned to: Judge Meriweather, Robin M.
Assign Date: 4/3/2023
Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     Anthony Nolf                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment     ❏ Superseding Indictment     ❏ Information     ❏ Superseding Information     ☒ Complaint
❏ Probation Violation Petition     ❏ Supervised Release Violation Petition     ❏ Violation Notice     ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3)- Civil Disorder
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds

Date:     04/03/2023

2023.04.03
13:38:38 -04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 4/3/2023 , and the person was arrested on *(date)* 4/5/2023 at *(city and state)* Birdsboro, PA . |
| Date: 4/5/2023 |

*Arresting officer's signature*

Andrew H. Stengel, Special Agent
*Printed name and title*

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00071 |
| | ) | Assigned to: Judge Meriweather, Robin M. |
| Heather Kepley (DOB: XXXXXX), and | ) | Assign Date: 4/3/2023 |
| Anthony Nolf (DOB: XXXXXX) | ) | Description: COMPLAINT W/ ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT   REDACTED

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3)- Civil Disorder (Nolf) | |
| 18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds | |
| 18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

_____Aaron Capitel, Special Agent_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____04/03/2023_____

2023.04.03
13:35:49 -04'00'
_____
*Judge's signature*

City and state: _____Washington, D.C._____   ___Robin M. Meriweather, U.S. Magistrate Judge___
*Printed name and title*

## STATEMENT OF FACTS

Your affiant, Aaron Capitel, is a Special Agent assigned to the Federal Bureau of Investigation Baltimore Field Office – Wilmington Resident Agency Joint Terrorism Task Force (JTTF). In my duties as a Special Agent, I investigate criminal activity pertaining to international and domestic terrorism. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. As a Special Agent, I am authorized by law or by a Government agency to engage in or supervise the prevention, detection, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

1

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

### The Inaugural Stage

During each presidential inauguration, the Architect of the Capitol (AOC) coordinates with the Joint Congressional Committee on Inaugural Ceremonies, Secret Service, the military, Department of Homeland Security, Presidential Inaugural Committee, District Government, and all of the AOC's Congressional partners to prepare the Capitol for the Inauguration. One such task is the creation from scratch of the 10,000 square foot Inaugural platform. One part of that process includes turning a west entrance to the Capitol, into a smaller, tighter, tunnel-like area that has commonly been referred to as "The Tunnel" in investigations and prosecutions surrounding January 6, 2021. The two photos below show the West Side of the Capitol as set up for Inauguration Day (top) and a closer view of The Tunnel (bottom).

Image 1:



2

Image 2:



    At 12:53 p.m., rioters breached their first barricade at the Peace Circle onto Pennsylvania Walkway. Just under two hours later, at approximately 2:41 p.m., the rioters made their way past several additional lines of police officers and barricades to The Tunnel, which provides direct access into the Capitol. The siege on The Tunnel lasted for over two hours, until approximately 5:00 p.m.

Image 3:



Rioters attempted on multiple occasions to forcibly enter the Capitol through the line of USCP and Metropolitan Police Department (MPD) officers who gathered in The Tunnel and successfully repelled the attack. During the two plus hours, rioters assaulted the officers with blunt objects, including poles and crutches, and they used chemical irritants against the officers. Rioters also attempted to use their numbers and collective mass in a heave-ho effort to push the officers back. At times, the rioters forcibly pressed the officers' bodies against each other and against the doorway, crushing them. HEATHER KEPLEY and ANTHONY NOLF, and two minors that accompanied them, participated in at least one attempt by rioters to force their way through the line of police officers and into the Capitol.

### Heather Kepley

On January 6, 2021, KEPLEY, a white female, approximately 34 years old, was wearing a black jacket, a burgundy sweatshirt with a hoodie, jeans, and glasses. At times, she was wearing camouflage gloves and carrying a pink Trump flag.

The following are images (collectively referred to as "Image 4" below) of KEPLEY obtained from open-source videos or images taken from within the restricted Capitol Grounds on January 6, 2021:

Image 4:



**Anthony Nolf**

On January 6, 2021, NOLF, a white male, approximately 35 years old, with a beard and mustache, was pictured wearing a camouflage hat with red, white and blue writing, a grey sweatshirt and jeans.

The following are images (collectively referred to as "Image 5" below) of NOLF obtained from open-source videos or images taken from within the restricted Capitol Grounds on January 6, 2021:

Image 5 (minor redacted):



5

**KEPLEY's and NOLF's Conduct at the Tunnel**

KEPLEY and NOLF entered Capitol grounds on January 6, 2021, and approached the West front near the Inaugural Stage.  KEPLEY and NOLF assisted other rioters in moving bike racks from an area near the scaffolding that were impeding the rioters' approach to the Capitol building.  KEPLEY grabbed ahold of the bike rack and began to pass it back in NOLF's direction, then NOLF grabbed ahold of the bike rack and continued the process of moving the bike rack out of the rioters' way.

Image 6:



Image 7 (minor redacted):



KEPLEY and NOLF made their way to the Lower West Terrace and the Tunnel. Inside the Tunnel is an entry to the Capitol that provides immediate and unobstructed access to sensitive areas and offices used by Members of Congress. Here, KEPLEY and NOLF joined the group of rioters who were attempting to force their way past the officers responsible for securing the Tunnel. KEPLEY and NOLF participated with this mob between approximately 4:15pm and 4:27pm. Based on my review of photos and videos from open sources and Capitol surveillance footage, I believe that the following images depict KEPLEY (circled in blue) and NOLF (circled in orange) moving towards and then entering the Tunnel.

7

Image 8:



Image 9:



Image 11:



Image 10:



Image 12:



While inside the Tunnel, NOLF confronted and assisted the crowd in confronting the police officers that were preventing the Tunnel and the Capitol from being breached. Specifically, while inside the Tunnel, NOLF added his force, momentum, body, and effort to the other rioters in a "heave-ho" effort. This put intense aggregate pressure on the police line in front of the rioters.

Officers succeeded in repelling KEPLEY, NOLF and other rioters out of the Tunnel.

Image 13:



Image 14:



KEPLEY and NOLF stood outside the Tunnel for a period of time and watched as officers cleared the Tunnel of protestors. KEPLEY and NOLF then turned and walked away from the Tunnel.

Image 15:



## Identification of KEPLEY and NOLF

On or about January 8, 2021, the FBI received a tip that NOLF's minor son went to the Capitol on January 6 and said he "saw the woman get shot." NOLF was interviewed by Special Agents of the FBI Philadelphia Field Office on January 19, 2021. NOLF admitted that he and his son attended the rally in Washington, D.C. on January 6 then went to the Capitol building. NOLF denied that he and his son entered the Capitol building but said they were on the steps of the Capitol. NOLF said he stood back from the police line.

The FBI Philadelphia Field Office interviewed Nolf a second time on November 18, 2021. On April 1, 2023, the interviewing Special Agent confirmed to me that the individual on the right-hand side of "Image 5" above is the person they interviewed, ANTHONY NOLF.[1] Based on my review of Capitol surveillance and open source photos and videos, I believe that NOLF is depicted in them where indicated above, because the man identified in those photos and

---

[1] The interviewing agent was not able to definitively identify NOLF in the left-hand side of Image 5 or in Image 11. Nonetheless, I believe that those images depict NOLF for the reasons described below and because they are consistent with his statements, my trace of NOLF's movements through Capitol grounds, and my trace of his family members' movements through Capitol grounds.

videos appears to be wearing similar clothing (camouflage hat with red, white and blue writing, a grey sweatshirt and jeans) and has similar physical characteristics (white male with a beard and mustache) as NOLF in Image 5.

On January 20, 2022, Special Agents from the FBI Baltimore Field Office – Wilmington Resident Agency interviewed KEPLEY in Lewes, Delaware. KEPLEY identified her telephone number as XXX-XXX-7621. KEPLEY told the interviewing Agents that on January 6, 2021, she traveled from her home in Delaware to Washington, D.C. with her minor son, her minor nephew, and her brother (NOLF). KEPLEY said they attended a rally, then began walking towards the U.S. Capitol to join the protest. KEPLEY said they walked onto Capitol grounds, then made their way to a crowd of people near a tunnel entrance to the Capitol Building.

KEPLEY admitted that she posted on social media on January 6, 2021 but denied she retained the data. KEPLEY said she had a new phone and did not transfer the data from her old phone. KEPLEY said the only image she saved was a picture at the Washington Monument.

On or about February 4, 2022, Special Agents from the Baltimore Field Office – Wilmington Resident Agency received screenshots of KEPLEY's Instagram and Facebook accounts from KEPLEY's acquaintance. The Instagram account was identified by vanity name "mamaheathernolf." A screenshot from the "mamaheathernolf" account showed a photograph of KEPLEY and a young male standing in front of the Washington Monument. KEPLEY is holding a flag, and the caption reads, "My family supporting our President," and the post is dated January 6, 2021. *See* Image 16.

Image 16 (minor redacted):



The Facebook account was identified with a display name of "Heather Nolf". A screenshot from the account depicted a post with several photographs and a caption that read, "The government is all Corruption and lies. And the media can go fuck themselves." KEPLEY is wearing glasses in the photograph. KEPLEY's face is red and irritated and appears to have some abrasions. KEPLEY's glasses appear coated with some sort of film. *See* Image 17 below. According to KEPLEY's acquaintance, most of the images posted on KEPLEY's Facebook account were immediately taken down.

Image 17:



**Probable Cause for Criminal Offenses**

*18 U.S.C. § 231*

Based on the foregoing, your affiant submits that there is probable cause to believe that ANTHONY NOLF violated 18 U.S.C. 231(a)(3), which makes it unlawful to commit or attempt to commit any act to obstruct, impede, or interfere with any fireman or law enforcement officer lawfully engaged in the lawful performance of his official duties incident to and during the commission of a civil disorder which in any way or degree obstructs, delays, or adversely affects commerce or the movement of any article or commodity in commerce or the conduct or performance of any federally protected function.

For purposes of Section 231 of Title 18, a federally protected function means any function, operation, or action carried out, under the laws of the United States, by any department, agency, or instrumentality of the United States or by an officer or employee thereof. This

14

includes the Joint Session of Congress where the Senate and House count Electoral College votes.

### 18 U.S.C. § 1752

Based on the foregoing, your affiant submits there is probable cause to believe that HEATHER KEPLEY and ANTHONY NOLF violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do so; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions; or attempts or conspires to do so.

For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

AARON CAPITEL
FBI Special Agent

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of April, 2023.

2023.04.03
14:13:34 -04'00'

ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

15

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**BAIL STATUS AND ORDER**

| | | |
|---|---|---|
| INTERPRETER'S NAME: | : | DATE: 04/05/23 |
| LANGUAGE: | | |
| | : | HEARING TYPE: IA/AC/DET/IDENTITY |
| Date of Arrest: 04/05/23 | | ON RULE 5 |
| Trial Date: | : | ESR: INNA GOLDSHTEYN |
| Hearing held: Video Allentown | : | |
| Courtroom: | | |
| | | |
| UNITED STATES OF AMERICA | : | AUSA: MARY FUTCHER |
| | | DIST. OF COLUMBIA NO.: 23-MJ-71 |
| v. | : | ED OF PA NO. 23-MJ-716 |
| | | |
| ANTHONY NOLF | : | JONATHAN MCDONALD |
| | | ☐CJA Appointed |
| | | ☐Retained |
| | | ☒Defenders' Assn. Apptd. |

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to government's motion, the bail status as to the above-named defendant is as follows:

☒Colloquy on defendant's financial qualifications for court-appointed counsel

☐The Government's Motion for Temporary Detention is Granted. A detention hearing and arraignment or probable cause hearing are scheduled for     .

☒The United States is obligated, pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and subsequent cases, to timely disclose information favorable to the defense as to criminal liability on the charged offense(s) or mitigation of any punishment that may be imposed. Such favorable information includes information that may cast doubt on the credibility of government witnesses. Possible consequences for violating this order include exclusion of evidence, dismissal of charges, contempt proceedings, disciplinary referral, and any other relief authorized by law.

☒The Defendant stipulated to identity.

☐After a hearing, probable cause was found by the court.

☐The Government's Motion for Pretrial Detention is Granted. The Defendant is detained pending further proceedings.

☐The Government's Motion for Pretrial Detention is Denied. See attached Conditions of Release Order.

☒The Government and Defense have agreed to conditions of release.  See attached Conditions of Release Order.

☐Plea:  Not Guilty to All Count(s).  Counsel has 14 days to file pretrial motions.

☐Probable cause for the violation of supervised release found.  Defendant detained or released on conditions outlined in the Conditions of Release Order pending final a final violation hearing before District Judge/Courtroom/Date

☒Other **: Charges:  18 USC Section 231(a)(3) – Civil Disorder; 18 USC Section 1752 (a)(1) – Entering and Remaining in a Restricted Building or Grounds; 18 USC Section (a)(2) -Disorderly and Disruptive Conduct in a Restricted Building or Grounds.**

BY:

*/S/ PAMELA A. CARLOS*

_____

PAMELA A. CARLOS
UNITED STATES MAGISTRATE JUDGE

2 minutes – Initial Appearance
2 minutes – Appointment/Status of Counsel
     minutes – Probable Cause
6 minutes – Pretrial Detention
     minutes – Arraignment
     minutes – Competency
     minutes – Bail Revocation
     minutes – Bond
     minutes – Extradition
     minutes – Pro se Waiver of Counsel/Faretta

**TOTAL TIME IN COURT        10 Minutes**
(Form Revised 3/2023)

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
### for the
_____EASTERN_____ District of ____PENNA_____

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   23-MJ-716 |
| ANTHONY NOLF | ) | Charging District's Case No.   23-MJ-71 |
| _Defendant_ | ) | |

### WAIVER OF RULE 5 & 5.1 HEARINGS
### (Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1)     retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2)     an identity hearing to determine whether I am the person named in the charges;

(3)     production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4)     a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5)     a hearing on any motion by the government for detention;

(6)     request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐     an identity hearing and production of the warrant.

☐     a preliminary hearing.

☐     a detention hearing.

☒     an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district.  I request that those hearings be held in the prosecuting district, at a time set

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:      04/05/23

_Defendant's signature_

/S/ JONATHAN MCDONALD

_Signature of defendant's attorney_

JONATHAN MCDONALD

_Printed name of defendant's attorney_

EDPA Appearance Bond (09/2022)

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| United States of America | : | |
| v. | : | |
|  | : | Case No. 23-MJ-716 |
| ANTHONY NOLF | : | |
| _Defendant_ | | |

## APPEARANCE BOND

### Defendant's Agreement

I, ANTHONY NOLF _____ _(defendant)_, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

    ( ☒ ) to appear for court proceedings;

    ( ☒ ) if convicted, to surrender to serve a sentence that the court may impose; or

    ( ☑ ) to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( ☑ ) (1) This is a personal recognizance bond.

( ☑ ) (2) This is an unsecured bond of $ 25,000.00 _____ .

( ☐ ) (3) This is a secured bond of $ _____ , secured by:

    ( ☐ ) (a) $ _____ , in cash deposited with the court.

    ( ☐ ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property _(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)_:

    _____ .

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    ( ☐ ) (c) a bail bond with a solvent surety _(attach a copy of the bail bond, or describe it and identify the surety)_:

    _____

    _____

    _____ .

### Forfeiture or Release of the Bond

_Forfeiture of the Bond._ This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

EDPA Appearance Bond (09/2022)

*Release of the Bond.*  The court may order this appearance bond ended at any time.  This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

### Declarations

*Ownership of the Property.*  I, the defendant – and each surety – declare under penalty of perjury that:

(1)     all owners of the property securing this appearance bond are included on the bond;

(2)     the property is not subject to claims, except as described above; and

(3)     I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.*  I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me.  I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true.  (See 28 U.S.C. § 1746.)

Date: 04/05/23

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*UNITED STATES MAGISTRATE JUDGE BY:*

/S/ CARLENE L. KOHUT
*Deputy Clerk to the Hon. Pamela A. Carlos*

*CLERK OF COURT*

*BY:*

Date: _____

_____
*Deputy Clerk*

AO 199C  (Rev. 09/08)  Advice of Penalties                                      Page _____ of _____ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year.  This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court.  The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed.  If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive.  In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release.  I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed.  I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

PHILADELPHIA PA
_____
*City and State*

## Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release.  If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___4/ 5/23___

/S/ PAMELA A. CARLOS
_____
*Judicial Officer's Signature*

PAMELA A. CARLOS, USMJ
_____
*Printed name and title*

DISTRIBUTION:   COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 23-MJ-716 |
| ANTHONY NOLF | ) | |
| | ) | Charging District:        District of Columbia |
| _Defendant_ | ) | Charging District's Case No.  23-MJ-71 |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges.  If the time to appear in that court has not yet been set, the defendant must appear when notified to do so.  Otherwise, the time and place to appear in that court are:

| Place: VIA VIDEO | Courtroom No.: |
|---|---|
| | Date and Time: 4/13/2023 1:00 pm |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:        04/05/2023

/S/ PAMELA A. CARLOS
_Judge's signature_

PAMELA A. CARLOS, USMJ
_Printed name and title_

CLOSED

# United States District Court
# Eastern District of Pennsylvania (Allentown)
# CRIMINAL DOCKET FOR CASE #: 5:23-mj-00716-1

Case title: USA v. NOLF                                    Date Filed: 04/05/2023

Other court case number: 23-MJ-71 DISTRICT OF COLUMBIA     Date Terminated: 04/05/2023

---

Assigned to: Unassigned

**Defendant (1)**

**ANTHONY NOLF**                    represented by   **Jonathan Alan McDonald**
*TERMINATED: 04/05/2023*                             Federal Community Defender Office For
                                                     The Eastern District
                                                     601 Walnut Street
                                                     Suite 540 West - Curtis Center
                                                     Philadelphia, PA 19106
                                                     215-928-1100
                                                     Fax: 215-928-1112
                                                     Email: jonathan_mcdonald@fd.org
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*
                                                     *Designation: Public Defender or*
                                                     *Community Defender Appointment*

**Pending Counts**                                   **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                                **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                       **Disposition**

18 USC SECTION 231(A)(3) CIVIL
DISORDER; 18 USC SECTION 1752 (A)
(1) ENTERING AND REMAINING IN A
RESTRICTED BUILDING OR

GROUNDS; 18 USC SECTION (A)(2) -
DISORDERLY AND DISRUPTIVE
CONDUCT IN A RESTRICTED
BUILDING OR GROUNDS

---

**Plaintiff**

**USA**                    represented by  **MARY A. FUTCHER**
                                           U.S. ATTORNEY'S OFFICE
                                           615 CHESTNUT ST SUITE 1250
                                           PHILADELPHIA, PA 19106
                                           215-861-8636
                                           Email: mary.futcher@usdoj.gov
                                           *LEAD ATTORNEY*
                                           *ATTORNEY TO BE NOTICED*
                                           *Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2023 | | Arrest (Rule 40) of ANTHONY NOLF (er) (Entered: 04/05/2023) |
| 04/05/2023 | 1 | Minute Entry for proceedings held before MAGISTRATE JUDGE PAMELA A. CARLOS : IA/AC/DET/IDENTITY ON RULE 5 as to ANTHONY NOLF held on 4/5/23. The Government and Defense have agreed to conditions of release. See attached Conditions of Release Order. Court Reporter ESR.(er) (Entered: 04/05/2023) |
| 04/05/2023 | 2 | WAIVER of Rule 5(c)(3) Hearing by ANTHONY NOLF. (er) (Entered: 04/05/2023) |
| 04/05/2023 | 3 | ORDER SETTING CONDITIONS OF RELEASE AS TO ANTHONY NOLF (1) THAT DEFT. IS RELEASED ON BAIL IN THE AMOUNT OF $25,000 O/R. DEFT. SHALL REPORT TO PRETRIAL SERVICES, ETC. Signed by MAGISTRATE JUDGE PAMELA A. CARLOS on 4/5/23.4/5/23 Entered and Copies E-Mailed. (er) (Entered: 04/05/2023) |
| 04/05/2023 | 4 | O/R Bond Entered as to ANTHONY NOLF in amount of $ $25,000. (er) (Entered: 04/05/2023) |
| 04/05/2023 | 5 | ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICTWHERE CHARGES ARE PENDING AND TRANSFERRING BAIL AS TO ANTHONY NOLF. Signed by MAGISTRATE JUDGE PAMELA A. CARLOS on 4/5/23.4/5/23 Entered and Copies E-Mailed. (er) (Entered: 04/05/2023) |
| 04/06/2023 | | ***Transferred Case as to ANTHONY NOLF to the District of Columbia. (ap) (Entered: 04/06/2023) |