CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

**FILED**
OCT 2 0 2023
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal Case No.: 23-162-02 (BAH)
)
ANTHONY NOLF )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney
MICHAEL L. BARCLAY

Approved:

_____   Date: Oct. 20, 2023

BERYL A. HOWELL
United States District Judge