# Paul Impellizzeri MD, FACS, FSVS

Paul Impellizzeri
4 Sadowski Drive
Reading, PA 19606

To the Honorable Judge of the Court,

I am writing in support of a long-time acquaintance, Anthony Nolf. I have known Anthony and his family for about 12 years. Anthony has provided Landscaping and handy man services for me during that time. Anthony lives a modest life, and I have seen his wife working on the property as well. During the summer evenings I sometimes get a chance to see his younger children as they tag along and admire his hard work ethic.

Anthony is a very pleasant man. He is always kind and professional and I can see that he is a great dad. Anthony does not have an easy life and his special character has driven me to offer him help on several occasions when I see him in need. He is a humble but proud man and would never ask for assistance, but he is the type of man that compels me to help in any way I can.

Unfortunately, his 5 year old daughter, Chloe, is battling a serious cancer. I asked our local community to rally behind Chloe. Many know Anthony and were eager to help when they found out he was in need. We garnered the support of The Anthony Myers Movement and Laney's Legacy to help financially. These are charities named after children in our community who lost their battles but continue to give back to others fighting cancer.

Please, in your wisdom, show leniency to Anthony. He is a kind and good man and his daughter and the community need him to be at home. Thank you for your time and consideration. Please call my cell phone (347-232-6867) at any time if I can answer any questions you may have.

Sincerely,

Paul Impellizzeri MD, FACS, FSVS

EXHIBIT A

# Gilbert Saunders, Jr.
## 1014 Josephine Dr
## Temple, PA 19560

November 17, 2023

RE: Character Reference for Anthony Nolf

Dear Sir/Madam:

My name is Gilbert Saunders, Jr., and I am writing on behalf of Anthony Nolf. Anthony has provided lawn care service and maintenance on my residential property for the past six (6) years. Over the years, Anthony has demonstrated the personal skills and business savvy to grow his operation and expand his client base in my diversely populated community.

Anthony Nolf is a hard-working, conscientious businessman who, I believe, understands the error he made and has committed to exercising better judgment going forward.

I hope you accept this reference letter as a positive affirmation of Anthony's good character when determining the outcome of this case.

Sincerely,

Gilbert Saunders, Jr.

EXHIBIT A



## Character letter
1 message

Jacob Maurer <jmaur345@gmail.com>                                              Fri, Nov 17, 2023 at 5:11 PM
To: nolfcrew15@gmail.com

Your honor,

My name is Jacob Maurer and I am a special education teacher at Governor Mifflin school district.  I have known Anthony Nolf, or Tony, for nearly twenty five years.  Tony was one of the first friends I made when I moved to a new school as a teenager.  Tony went out of his way to befriend a new kid and he's been one of my dearest friends ever since. Whenever I have needed a helping hand,  a favor, or a listening ear, Tony had been there, and continues to be there.

In addition to being a true friend, Tony is a loving father of three children.  I've had the pleasure of watching his two oldest children grow into young adults and this is due in large part to his amazing skill as a patient and loving father.  Tony is also the father of a wonderful little girl named Chole.  A year ago we were all shocked to learn that Chole had cancer and she has been battling it ever since.  Tony has worked two jobs this whole time, and has been shuttling her to Hershey medical center several times a week, I don't think I've seen him sleep in the last year.  But that's who Tony is.  He always puts his family and friends above himself.  That's just his way.

Your honor Tony made a mistake.  We all know it, and he knows it.  I know for a fact that Tony has learned from this mistake and that it would never happen again.  I ask you to please let us keep this wonderful man and father at home with his family where he belongs. Thank you for your time and consideration.

Sincerely,

Jacob E Maurer

EXHIBIT A

12/2/2023

Dear Honorable Judge.

My name is Kurt Borgmann, I am a local businessperson and retired professional Bodybuilder in the state of Pennsylvania. I am also the founder of a local toy drive here in PA called "The Kurt Mussles Charity Toy Drive." I started it over 10 yrs. ago and it's geared towards children suffering with terminal illness, cancer etc. Considering the situation that Anthony Nolf is in currently, I wanted to speak on his behalf as a reference as to his character and standing in our community. I have known Anthony for 15 yrs. or so. Anthony does all our landscaping and construction related work to maintain our home and property. Anthony is very professional and does his job well, he always strives for customer satisfaction and perfection and at the same time keep things affordable. We value him highly for his services. Anthony has become a great friend and has played a key role in my children's charity ever since. Anthony donates toys to the drive every yr. He goes out of his way to help with setting up the event, wrapping gifts and doing what he can for the children to make them smile.

Sadly, now Anthony is dealing with a similar issue. His beautiful daughter Chloe is currently battling cancer. She is only 5 years old and just started kindergarten, He plays a huge part of his daughters support in her ongoing battle. To remove him from her life, even for a short period of time. I feel it would not be good for her mental health and overcoming her cancer. She needs all the support she can get right now. Anthony is the sole provider for his family and works two jobs. I know first-hand he always puts the family first. I am proud to speak on his behalf in his time of need, I respectfully ask the court for leniency. He has talked to me about everything from his marriage to January 6th and has shown remorse and regrets his actions.

Sincerely,

Kurt Borgmann

484-644-9550



EXHIBIT A

Your Honor,

My name is Holly Bogdan &
I want to speak on behalf of
the defendant Anthony Nolf. Tony &
this family moved across the
street many years ago & has
been a great addition to the
neighborhood. I watched his
kids grow up to be amazing
kids. Very respectful. I even
watched what him & his wife
Bethy went through when
his youngest daughter Chloe
got diagnosed with cancer.
Nothing a family should ever go
through. He has been working
non stop to provide for him &
his family in those trying
times. Also when you asked
for help to fix things or
just help in general has
always a phone call away &
doesn't hesitate to give you
a hand. I can't say enough
great things about him & his
whole family.

EXHIBIT A

I appreciate your time for reading this.

Best Regards
Kelly Bogden

Thank you again for your time

If you need to reach me don't hesitate to call
484-614-7764

EXHIBIT A

Dear Judge,

I am writing this letter as a character reference for my friend Anthony Nolf. Anthony has been providing me the service of landscaping and snow removal for many years. He is a trustworthy, reliable and hardworking individual.  His attention to detail and ability to provide this service to me is a wonderful example of how he is an attribute to caring for and maintaining the community. Anthony has strong family values and I have met his son and have a tremendous amount of respect for him as a father and family man.  Anthony's hard work and dedication to his craft, have proven him to be an asset to keeping our community safe and beautiful. Anthony has shared with me his past mistakes by attending events of Jan. 6 2020. He has been very open and honest about the fact that he has seen the error of his ways, and has been fully transparent about having learned from these  past mistakes, and demonstrates a great honesty and truth of character by accepting accountability and moving forward by continuing to serve the community, and meet their needs.  Please consider Anthony as a kind, generous and caring individual who made an error in judgement and has  learned from his mistakes. His genuine good nature, reliability and friendship that he has shown me over the years are invaluable to me, and I am certain to many others as well. Thank you for your time and attention in taking the time to read my heart felt letter and true testament to Anthony as a father, member of the community and most importantly, someone I am proud to call a friend.


Thank you

Donna Puwalski

*Donna Puwalski*
Oct. 23, 1923


EXHIBIT A